November 10, 2006

Mr. Matthew Brian Probus
Wauson Probus
Comerica Bank Building
One Sugar Creek Center Blvd, Suite 880
Sugar Land, TX 77478

Mr. Blake Edward Rizzo
Porter & Hedges
1000 Main St 36Th Floor
Houston, TX 77002-6336
Mr. David R. Jones
Porter & Hedges, L.L.P.
1000 Main Street, 36th Floor
Houston, TX 77002

RE: Case Number: 06-0347
 Court of Appeals Number:
 Trial Court Number: 04-21025

Style: CHARLES F. HARDY, III
 v.
 INTERNATIONAL INTERESTS, L.P.

Dear Counsel:

 Today the Supreme Court of Texas granted the Joint Motion to Postpone
Oral Argument and issued the enclosed abatement order in the above
referenced-cause.
 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Mr. Charles F. |
| |Fulbruge III |